IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–03407–MSK–KMT

JAY HARRISON,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LARIMER, COLORADO,
LARIMER COUNTY, COLORADO SHERIFF'S DEPARTMENT,
SHERIFF JUSTIN SMITH, individually and in his official capacity, and
UNDERSHERIFF WILLIAM NELSON, individually and in his official capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Opposed Second Motion to Amend Scheduling Order to Extend Time to Designate Defendants' Expert Witnesses and to Extend the Expert Discovery Cutoff" (Doc. No. 35, filed September 26, 2012) is GRANTED. Defendants shall designate their expert witnesses on or before October 31, 2012. If Plaintiff wishes to take the depositions of Defendants' expert witnesses, Defendants shall make their experts available for such depositions between November 1, 2012, and November 15, 2012. The parties shall agree on deposition date(s) for the expert(s) on or before October 8, 2012. If Plaintiff is unavailable for a reasonable setting for the deposition(s) of the expert(s) between those dates, then he will forfeit his right to take the deposition(s) of the designated expert(s).

Dated: October 1, 2012