IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03407-MSK-KMT

JAY HARRISON,

      Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LARIMER,
COLORADO;
LARIMER COUNTY, COLORADO SHERIFF'S DEPARTMENT;
SHERIFF JUSTIN SMITH, individually and in his official capacity;
UNDERSHERIFF WILLIAM NELSON, individually and in his official capacity,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R.

Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on March 12, 2013, Granting Motion for

Summary Judgment, it is

ORDERED that final judgment is entered in favor of all defendants and against Mr.

Harrison on all claims and the case is closed. It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the

Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 12th day March, 2013.

                  ENTERED FOR THE COURT:
                  JEFFREY P. COLWELL, CLERK

                  By: s/Edward P. Butler
                  Edward P. Butler, Deputy Clerk